IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Dorothy Mae

Printed: 12/28/07

Case Number: 04 B 07197
Judge: Hollis, Pamela S
Filed: 2/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 21, 2007
Confirmed: April 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,097.84 |  |
| Secured: |  | 6,688.97 |
| Unsecured: |  | 9,606.49 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,010.76 |
| Other Funds: |  | 2,091.62 |
| Totals: | 22,097.84 | 22,097.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 6,688.97 | 6,688.97 |
| 3. | Check N Go | Unsecured | 377.48 | 539.25 |
| 4. | Brothers Credit Union | Unsecured | 492.27 | 703.24 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 3,419.17 | 3,614.94 |
| 6. | AAA Checkmate LLC | Unsecured | 374.89 | 535.55 |
| 7. | Americash Loans, LLC | Unsecured | 312.30 | 446.14 |
| 8. | Portfolio Recovery Associates | Unsecured | 987.11 | 1,410.15 |
| 9. | ECast Settlement Corp | Unsecured | 1,104.22 | 1,577.45 |
| 10. | Capital One | Unsecured | 545.84 | 779.77 |
| 11. | The Money Co | Unsecured |  | No Claim Filed |
| 12. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 13. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,002.25 | $ 18,995.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 104.42 |
| 6.5% | 291.09 |
| 3% | 41.46 |
| 5.5% | 215.40 |
| 5% | 103.68 |
| 4.8% | 143.74 |
| 5.4% | 110.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Dorothy Mae | Case Number:  04 B 07197 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  2/25/04 |

_____
$ 1,010.76

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

